SCOTT ERIK ASPHAUG
United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, ILSB #6243708**
Thomas.Ratcliffe@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-CR-00453-IM |
| v. | **MOTION TO DISMISS WITH PREJUDICE** |
| **LAURIELLE YVETTE AVILES,** | |
| **Defendant.** | |

The United States of America hereby moves the Court for an Order under Fed. R. Crim. P. Rule 48, to dismiss *with prejudice* the indictment in this case, in the best interests of justice.

Defendant resolved this conduct in Multnomah County Circuit Court.

Dated: July 13, 2022.

        Respectfully submitted,

        SCOTT ERIK ASPHAUG
        United States Attorney


        */s/ Thomas S. Ratcliffe*
        THOMAS S. RATCLIFFE, ILSB #6243708
        Assistant United States Attorney